IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>vs.<br><br>MANUEL HERNANDEZ MUNOZ,<br>      Defendant. | 1:20-cr-00016-SMR-CFB |

## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

The United States of America and the Defendant both filed a written consent to proceed before a U.S. Magistrate Judge pursuant to 28 U.S.C. § 636(b). The Defendant entered a plea of guilty to Count(s) 1 and 2 of the Indictment.

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Fed. R. Crim. P. Rule 11 I determined that for each Count to which the Defendant pled guilty, the guilty plea was knowing and voluntary. For each Count to which the Defendant pled guilty, there was an independent factual basis for each of its essential elements. Defendant understands and agrees to be bound by the terms of the plea agreement. I, therefore, recommend that the plea(s) of guilty be accepted, that a pre-sentence investigation and report be prepared, and that the Defendant be adjudged guilty and have sentence imposed accordingly.

Date:   August 21, 2020

*Celeste F. Bremer*
CELESTE F. BREMER
U.S. MAGISTRATE JUDGE

### NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.  28 U.S.C. 636(b)(1)(B).